A CERTIFIED TRUE COPY

MAY - 1 2000

ATTEST LaTaunya Darden
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5-8-00
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
April 13, 2000
MICHAEL J. BECK
CLERK OF THE PANEL

*DOCKET NO. 1203* D.MN 00-728 MJD/RLE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

FILED
MAY - 4 2000
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-55)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 1,990 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10, the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 1 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

FILED 5-15-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

(3)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

April 13, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—55 — TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ALABAMA NORTHERN | | |
| ALN | 2 | 00-642 |
| ARKANSAS EASTERN | | |
| ARE | 3 | 00-90 |
| FLORIDA MIDDLE | | |
| FLM | 6 | 00-180 |
| GEORGIA MIDDLE | | |
| GAM | 5 | 00-85 |
| IDAHO | | |
| ID | 1 | 99-453 |
| ID | 1 | 99-500 |
| ~~ID~~ | ~~4~~ | ~~00-260~~ opposed |
| ILLINOIS NORTHERN | | |
| ILN | 1 | 00-496 |
| ILN | 1 | 00-1535 |
| ILLINOIS SOUTHERN | | |
| ILS | 3 | 00-170 |
| MINNESOTA | | |
| MN | 0 | 00-724 |
| MN | 0 | 00-728 |
| MISSOURI WESTERN | | |
| MOW | 4 | 00-79 |
| MOW | 6 | 00-3063 |
| NORTH CAROLINA EASTERN | | |
| NCE | 5 | 00-175 |
| NCE | 7 | 00-35 |
| NORTH CAROLINA MIDDLE | | |
| NCM | 1 | 00-258 |
| NORTH CAROLINA WESTERN | | |
| NCW | 2 | 00-55 |
| NORTH DAKOTA | | |
| ND | 1 | 00-32 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| NEBRASKA | | |
| NE | 8 | 00-148 |
| ~~NE~~ | ~~8~~ | ~~00-151~~ opposed |
| ~~NE~~ | ~~8~~ | ~~00-188~~ opposed |
| ~~NE~~ | ~~8~~ | ~~00-189~~ opposed |
| ~~NE~~ | ~~8~~ | ~~00-190~~ opposed |
| ~~NE~~ | ~~8~~ | ~~00-191~~ opposed |
| ~~NE~~ | ~~8~~ | ~~00-192~~ opposed |
| NEW YORK SOUTHERN | | |
| NYS | 1 | 00-1378 |
| NYS | 2 | 99-10298 |
| OHIO NORTHERN | | |
| OHN | 3 | 00-7125 |
| TEXAS EASTERN | | |
| TXE | 1 | 00-132 |
| TXE | 1 | 00-133 |
| TEXAS NORTHERN | | |
| TXN | 3 | 00-496 |
| ~~TXN~~ | ~~4~~ | ~~00-95~~ vacated |
| TEXAS SOUTHERN | | |
| TXS | 4 | 99-3551 |
| TXS | 4 | 00-388 |
| TXS | 4 | 00-405 |
| UTAH | | |
| UT | 2 | 00-207 |
| UT | 2 | 00-219 |
| UT | 2 | 00-249 |
| UT | 2 | 00-250 |
| UT | 2 | 00-251 |
| VIRGINIA EASTERN | | |
| VAE | 1 | 00-337 |
| VAE | 1 | 00-338 |
| VAE | 1 | 00-434 |
| VERMONT | | |
| VT | 2 | 99-372 |

Date: May 15, 2000 MJD/RLE sh

R E C O R D O F D O C K E T T E X T

0:00-cv-00728 Stram v. American Home Prod

DOCKET ENTRY

CERTIFIED COPY OF ORDER ( Judicial Panel on Multidistrict Litigation ) transferring case per the MDL panel to Eastern District of Pennsylvania for coordinated and consolidated pretrial proceedings (original court file retained and docketing continued in District of MN) 2pg(s) (mailed certified copy of transfer order, complaint and docket report to Clerk of Court, USDC, Eastern District of Pennsylvania, US Courthouse, 601 Market Street, Philadelphia, PA 19106-1797) (Notice to Counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL